◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CRUZ, Appellant. [34 NYS3d 897]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 26, 2015 (*People v Cruz*,

131 AD3d 706 [2015]), affirming a judgment of the Supreme Court, Kings County, rendered January 24, 2013.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Dickerson, Hinds-Radix and Barros, JJ., concur.